AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PETER ERIKSEN, a single man; and MARY ERIKSEN, a single woman,

                Plaintiffs,
                   v.

RONAL SERPAS, Washington State Patrol Chief, KITTITAS COUNTY, a Municipal Corporation; and CITY OF CLE ELUM, a Municipal Corporation, et. al.,
                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-82-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is dismissed with prejudice and judgment is entered in favor of Defendants pursuant to the Order Granting Defendants' Motions for Summary Judgment entered on August 3, 2009, Ct. Rec. 51.

| | |
|---|---|
| August 3, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |